# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-cr-00277-RPM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SCOTT ELLIOTT BENNIGSDORF,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

       On December 5, 2003, the defendant commenced a five (5) year term of supervised release. On February 1, 2007, the defendant filed a motion for early termination of supervised release. The defendant is in compliance with conditions of supervised release and has completed over three (3) years of a five (5) year term of supervised release. Accordingly, it is

       **ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       **DATED** at Denver, Colorado, this _9__ day of March, 2007.

                                    BY THE COURT:

                                    Richard P. Matsch
                                    Senior District Judge